UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Courtney Elizabeth Shaw,**

    **Plaintiff,**

    v.                                        Case No. 2:14–cv–89

**Commissioner of Social Security,**          Judge Michael H. Watson

    **Defendant.**

## ORDER

On November 13, 2014, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation ("R&R") concerning the disposition of Courtney Elizabeth Shaw's ("Plaintiff") Statement of Specific Errors in this Social Security case. ECF No. 19. Judge Kemp recommended that Plaintiff's statement of errors be overruled and that judgment be entered in favor of the Commissioner. R&R 11, ECF No. 19.

Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* Judge Kemp also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 11–12. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED,** Plaintiff's statement of errors is overruled, and the Clerk shall enter judgment in favor of the Commissioner.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**